# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DIAZ,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:16-cv-01127-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>TEN DAY DEADLINE |

Plaintiff James Diaz filed this action on July 30, 2016. The summonses were issued on August 3, 2016. Pursuant to the scheduling order issued on August 3, 2016, unless other provision is made pursuant to an application to proceed in forma pauperis, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court. More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within ten (10) days informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:  **September 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1