UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DIAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:16-cv-01127-SAB<br><br>JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 13) |

Pursuant to the stipulation of the parties, and good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have a first extension of time of thirty (30) days, up to and including March 23, 2017, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order (ECF Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:  **February 17, 2017**

_____
UNITED STATES MAGISTRATE JUDGE