# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DIAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-01127-SAB<br><br>ORDER RE STIPULATION FOR AN<br>EXTENSION OF TIME FOR DEFENDANT<br>TO RESPOND TO PLAINTIFF'S OPENING<br>BRIEF<br><br>(ECF No. 19) |

On June 19, 2017, the parties filed a stipulation for an extension of time for Defendant to file a response to Plaintiff's opening brief. (ECF No. 19.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before July 20, 2017; and

2. Plaintiff's reply, if any, shall be filed on or before August 4, 2017.

IT IS SO ORDERED.

Dated: **June 20, 2017**

           UNITED STATES MAGISTRATE JUDGE

1