UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES DIAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 1:16-cv-01127-SAB<br><br>ORDER RE SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 21) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's opening brief on or before July 27, 2017;

2. Plaintiff's reply, if any, shall be filed on or before August 11, 2017.

IT IS SO ORDERED.

Dated: __July 19, 2017__

UNITED STATES MAGISTRATE JUDGE