# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DIAZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:16-cv-01127-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br>(ECF No. 29)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ATTORNEY FEES<br>(ECF No. 27) |

　　　　Plaintiff's appeal of the final decision of the Commissioner of Social Security was granted in part and remanded to the Commissioner on September 11, 2017. (ECF No. 25.) On December 11, 2017, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 27.) On December 19, 2017, the parties filed a stipulation for the award of attorney fees pursuant to the EAJA. (ECF No. 29.)

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of $6,195.28 pursuant to the stipulation of the parties. Plaintiff's motion for attorney fees (ECF No. 27) is denied as moot.

IT IS SO ORDERED.

Dated: __December 19, 2017__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1